UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON BEAUMIER | : | |
| | : | |
| V. | : | C.A. No. 07-287/S |
| | : | |
| OXFORD MANAGEMENT SERVICES | : | |

**DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to F.R.C.P. 6(b) and Local Rule 12(a), Defendant, Oxford Management Services, hereby moves for an Order allowing it until Tuesday, October 9, 2007, to answer or otherwise respond to Plaintiff's Complaint.

As grounds, Defendant states that undersigned counsel just received a copy of the Complaint today. Defendant's counsel is requesting additional time so that it may it may consult with Defendant to evaluate the allegations contained in the Complaint and gather additional information relating to the dispute. Defendant has not previously requested any extensions of time to respond to the Complaint.

Accordingly, Defendant requests this Court grant this Motion and allow it until Tuesday, October 9, 2007, to answer or otherwise respond to the Complaint.

Defendant,
OXFORD MANAGEMENT SERVICES
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Jason P. Marino (#7548)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@NixonPeabody.com
JMarino@NixonPeabody.com

Dated: September 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically via the Electronic Filing System and that a copy of the within document was mailed via first class mail, postage prepaid to Jason Beaumier, pro se, 20 Woodland Road, East Greenwich, RI 02818, on September 19, 2007.

/s/ Jeffrey S. Brenner