**UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF RHODE ISLAND**

| | |
|---|---|
| Jason Beaumier<br><br>V.<br><br>Oxford Management Services | C.A. NO. 07-287/S |

**PLANTIFF'S MOTION IN OPPOSITION OF TIME TO FILE ANSWER**

Plaintiff hereby contests defendant's motion to extend time to respond to plaintiff's complaint. Defendant has had ample time to respond to complaint. They put themselves into this position. Mr. Brenner receiving the complaint on September 19 is Oxford's fault. They put themselves into this position, and therefore should not be rewarded because of their carelessness and negligence.

Accordingly, Plaintiff requests this court grant this motion and deny defendant's motion.

Respectfully submitted,
Plaintiff,
**Jason Beaumier, pro se**

Dated: September 21, 2007

Jason Beaumier
20 Woodland Road
East Greenwich, Rhode Island 02818
Telephone: (401) 885-2666
jwbeaumier@yahoo.com

Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed via first class mail, postage prepaid to Jeffrey S. Brenner & Jason P. Marino, NIXON PEABODY LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 on September 21, 2007.

Jason Beaumier, pro se