UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON BEAUMIER | : | |
| | : | |
| V. | : | C.A. No. 07-287/S |
| | : | |
| OXFORD MANAGEMENT SERVICES | : | |

**DISMISSAL STIPULATION**

Plaintiff Jason Beaumier and Defendant Oxford Management Services hereby stipulate to the following:

1. Plaintiff's Complaint is dismissed with prejudice.
2. The parties shall bear their own costs and attorneys' fees.

Plaintiff,
Jason Beaumier,
By his Attorney,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (#4019)
Claude F. Lefebvre and Christopher
Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860
Tel: (401) 728-6060
Fax: (401) 728-6534
E-mail: Lefeblaw@aol.com

Dated: November 19, 2007

Defendant,
Oxford Management Services,
By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: November 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Christopher M. Lefebvre, Esq., at Clbankrupt@aol.com, on this 19th day of November, 2007.

/s/ Jeffrey S. Brenner